# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

James Lynn O'Hines

          V.

B Cole; Stephons; Tate; Hissong; Galazu; Mussinoz; SSU Squad

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 10cv1024-MMA(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court dismisses this action sua sponte without prejudice for failing to prepay the $350 filing fee pursuant to 28 U.S.C. § 1914(a). The Court certifies that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. 1915(a)(3).

| May 14, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON May 14, 2010 |

10cv1024-MMA(NLS)